**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-6156**

---

NATHANIEL LEE HARVEY,

Plaintiff - Appellant,

versus

GENE M. JOHNSON, Director, Virginia
Department of Corrections; GARY WATERS,
Sheriff; SENTENCING JUDGE, Portsmouth,
Virginia Civil Center 1982; VON L. PIERSALL,
JR., Convicting Judge; SCOTT EHRENWORTH,
Assistant Commonwealth's Attorney; STEPHEN R.
MCCULLOUGH, Virginia Assistant Attorney
General,

Defendants - Appellees.

---

**No. 04-6265**

---

NATHANIEL LEE HARVEY,

Plaintiff - Appellant,

versus

GARY WATERS, Portsmouth, Virginia Sheriff;
VON L. PIERSALL, JR., Judge; SCOTT
EHRENWORTH, Prosecutor; R. M. HOLLEY,
Detective; C. E. HOLLOWOOD, Detective,

Defendants - Appellees.

## No. 04-6314

NATHANIEL LEE HARVEY,

                              Plaintiff - Appellant,

        versus

GENE M. JOHNSON, Director of Virginia
Department of Corrections; GARY WATER,
Sheriff, Portsmouth, Virginia,

                              Defendants - Appellees.

## No. 04-6315

NATHANIEL LEE HARVEY,

                              Plaintiff - Appellant,

        versus

SCOTT EHRENWORTH, Prosecutor; C. E. HOLBWOOD,
Officer-Jail; C. E. HOLLOWOOD, Detective,

                              Defendants - Appellees.

Appeals from the United States District Court for the Eastern
District of Virginia, at Norfolk. Robert G. Doumar, Senior
District Judge. (CA-03-885-2; CA-04-29-2; CA-04-27-2; CA-04-28-2)

Submitted: March 25, 2004          Decided: April 2, 2004

Before TRAXLER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nathaniel Lee Harvey, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Nathaniel Lee Harvey appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaints. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Harvey v. Johnson</u>, No. CA-03-885-2 (E.D. Va. Jan. 5, 2004); <u>Harvey v. Waters</u>, No. CA-04-29-2 (E.D. Va. Feb. 3, 2004); <u>Harvey v. Johnson</u>, No. CA-04-27-2 (E.D. Va. filed Feb. 3, 2004 & entered Feb. 4, 2004); <u>Harvey v. Ehrenworth</u>, No. CA-04-28-2 (E.D. Va. filed Feb. 3, 2004 & entered Feb. 4, 2004). We deny Harvey's motions for preparation of transcripts, for oral argument, and for review of the records in the clerk's office. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

- 4 -